Rawdon W. Kellogg, Respondent, v. Wilner Construction Company and Others, Defendants. Isaac Arker, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Leonora McLaughlin, etc., Respondent, v. The McLaughlin Real Estate Company and Others, Defendants. Joseph J. Baughman and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Mamie Mills, Respondent, v. Maurice Beck, Appellant.— Motion denied, with ten dollars costs. This appeal was not dismissed; it was simply marked off the day calendar. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

George W. Morrell, Respondent, v. Richards & Gaston, Inc., Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Kate Patterson, Respondent, v. The City of New York and the Brooklyn Heights Railroad Company, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Henry M. Randall, Respondent, v. Charles P. Randall, Appellant.— Motion denied, on condition that within ten days appellant pay to the respondent or his attorney ten dollars costs of the motion, perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Bernhard Ueberwasser, Plaintiff, v. Sophia Heen and Others, Defendants.— Motion for stay granted, without costs. Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.

Mary L. Clark, Respondent, v. James M. Clark, Appellant, and Hudson Iron Company, Respondent.— Appeal withdrawn on condition that within ten days after the entry of this order the appellant pay the costs and disbursements of said appeal as taxed to each of the respondents; in default thereof, the motion to withdraw the appeal is denied. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Annie Manning, Respondent, v. Staten Island Midland Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.

James Timmons, an Infant, by Mary Timmons, His Guardian ad Litem, Respondent, v. American Manufacturing Company, Appellant.— Plaintiff's part in oiling the machine and in letting the oil be on the floor for a month, without having made any report of it, raised the question of assumption of risk and of a want of care in going through this aisle with the oil in plain view. His knowledge the day before of the loosened bolt in the guard at the pulley, without any report or complaint, also raised a